UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMBERLEY PATTERSON,**

    **Plaintiff,**

v.                      CASE NO.:  4:19-CV-00151-MW-CAS

**PICK N PULL AUTO DISMANTLERS,
LLC D/B/A PICK N PULL, AUTO PARTS
GROUP SOUTHWEST, LLC D/B/A PICK
N PULL, AND SCHNITZER STEEL
INDUSTRIES INC. D/B/A PICK N PULL,**

    **Defendants.**
_____/

## DEFENDANTS' CERTIFICATE OF INTERSTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Pick-N-Pull Auto Dismantlers LLC, Auto Parts Group Southwest, LLC d/b/a Pick-N-Pull and Schnitzer Steel Industries, Inc. (collectively "Defendants"), by and through their undersigned counsel, disclose the following:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates,

parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Kimberley Patterson, Plaintiff
- Luis A. Cabassa, Counsel for Plaintiff
- Wenzel Fenton Cabassa, P.A., Counsel for Plaintiff
- Scott Michael Weaver, Counsel for Plaintiff
- The Weaver Law Firm, P.A., Counsel for Plaintiff
- Pick-N-Pull Auto Dismantlers LLC, Defendant
- Auto Parts Group Southwest, LLC, Defendant
- Schnitzer Steel Industries, Inc., Defendant
- Pick-N-Pull Auto Dismantlers, A California General Partnership
- Allison Renae Bekavac, Counsel for Defendant
- Kimberly J. Doud, Counsel for Defendant
- Littler Mendelson, P.C., Counsel for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Kimberley Patterson, Plaintiff
- Pick-N-Pull Auto Dismantlers LLC, Defendant
- Auto Parts Group Southwest, LLC, Defendant
- Schnitzer Steel Industries, Inc., Defendant

5. Check one of the following:

 X  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and

Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 23rd day of April, 2018.

                          Respectfully submitted,

                          LITTLER MENDELSON, P.C.
                          111 North Magnolia Avenue
                          Suite 1250
                          Orlando, Florida 32801
                          Telephone: (407) 393-2900
                          Facsimile: (407) 393-2929

By:  */s/ Allison Renae Bekavac*
       Allison Renae Bekavac
       Florida Bar No.: 105733
       Email: abekavac@littler.com

       Kimberly J. Doud
       Florida Bar No.: 0523771
       Email:  kdoud@littler.com

       Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following: Luis A. Cabassa, Wenzel, Fenton, Cabassa P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602, email: lcabassa@wfclaw.com, twells@wfclaw.com and Scott M. Weaver, The Weaver Law firm, 801 West Bay Drive, Suite 426, Largo, Florida 33770, email: scott@theweaverlawfirm.com.

*/s/ Allison Renae Bekavac*
Allison Renae Bekavac