UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMBERLEY PATTERSON,**

    **Plaintiff,**

v.                               **CASE NO:  4:19-cv-00151-MW-CAS**

**PICK N PULL AUTO DISMANTLERS, LLC
D/B/A PICK N PULL, AUTO PARTS GROUP
SOUTHWEST, LLC D/B/A PICK N PULL,**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2(A)(1), Plaintiff, KIMBERLEY PATTERSON, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, PICK N PULL AUTO DISMANTLERS, LLC D/B/A PICK N PULL, AUTO PARTS GROUP SOUTHWEST, LLC D/B/A PICK N PULL, has been settled.

Dated this 19th day of September, 2019.

                    Respectfully submitted,

                    */s/ Luis A. Cabassa*

                    **LUIS A. CABASSA**
                    Florida Bar Number: 0053643
                    **WENZEL FENTON CABASSA, P.A.**
                    1110 N. Florida Avenue, Suite 300
                    Tampa, Florida 33602
                    Main Number: 813-224-0431
                    Direct Dial: (813) 379-2565
                    Facsimile: 813-229-8712
                    Email: lcabassa@wfclaw.com
                    Email: gnichols@wfclaw.com
                    **Attorney for Plaintiff**

and

                    **SCOTT M. WEAVER**
                    Florida Bar Number: 573221
                    The Weaver Law Firm
                    801 West Bay Drive, Suite 426
                    Largo, FL 33770
                    Main Number: 727-316-5330
                    Facsimile: 727-499-7322
                    Email: scott@theweaverlawfirm.com
                    **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of September, 2019, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Kimberly Doud, Esq.
Allison Wiggins, Esq.
LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, Florida 32801
Email: kdoud@littler.com
Email: awiggins@littler.com

**LUIS A. CABASSA**